Willie MASON, Jr., Appellant,

v.

TYSON FOODS, INC., Appellee.

No. 02–1248.

United States Court of Appeals, Eighth Circuit.

Submitted July 30, 2002.

Decided Aug. 5, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Willie Mason, Jr., appeals from the district court's [1] grant of summary judgment in favor of his former employer, Tyson Foods, Inc. (Tyson), in this race-discrimination action brought under Title VII, 42 U.S.C. §§ 2000e to 2000e–17. Upon de novo review, *see Hutson v. McDonnell Douglas Corp.,* 63 F.3d 771, 775 (8th Cir. 1995), we conclude the court correctly applied the burden-shifting analysis from *McDonnell Douglas Corp. v. Green,* 411 U.S. 792, 802–07, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973), and properly granted summary judgment for the reasons explained in its opinion. Title VII "do[es] not prohibit employment decisions based upon poor job

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

performance, erroneous evaluations, personal conflicts between employees, or even unsound business practices." *Hill v. St. Louis Univ.*, 123 F.3d 1114, 1120 (8th Cir. 1997).

Accordingly, we affirm. *See* 8th Cir. R. 47B.